UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

                Defendant.

No. 13-cr-167 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT, by March 23, 2020, the parties shall file a joint letter setting forth their positions as to the next steps required in this action and the appropriate term of supervised release.

SO ORDERED.

Dated:    March 6, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE