UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

               Defendant.

No. 13-cr-167 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On April 6, 2020, the Court received a letter from defendant, dated March 25, 2020, requesting compassionate release from custody in light of the coronavirus pandemic. Accordingly, IT IS HEREBY ORDERED THAT the government shall file a letter by Friday, April 10, 2020, setting forth its position on defendant's request, including whether (i) defendant has exhausted his administrative remedies and (ii) defendant's request should be granted on the merits.

SO ORDERED.

Dated:     April 6, 2020
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation