UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>                    Defendant. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      Defendant's resentencing for violation of supervised release is currently scheduled for July 7, 2020 at 3:00 p.m.  (Doc. No. 75.)  Given the current COVID-19 pandemic, IT IS HEREBY ORDERED THAT Defendant shall submit a letter by June 24, 2020, notifying the Court whether, after consultation with his counsel, he wishes to proceed in person or by videoconference or, if videoconference is not reasonably available, by teleconference.  IT IS FURTHER ORDERED THAT should Defendant wish to proceed by videoconference/teleconference, Defendant shall inform the Court what technology options are available to him.  Specifically, Defendant shall notify the Court whether he has access to either (i) an electronic device with a webcam and the Skype for Business application, (ii) a phone, or (iii) some other similar means of attending a videoconference/teleconference.

SO ORDERED.

Dated:      June 22, 2020
                 New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation