UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>                              Defendant. | No. 13-cr-167 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

As indicated in the Court's previous order, Defendant's resentencing for violation of supervised release is scheduled for July 7, 2020 at 3:00 p.m. (Doc. No. 81.) In light of the ongoing COVID-19 pandemic, which has temporarily restricted access to the Courthouse, the resentencing will take place by Skype for Business videoconference. (*Id.*) Details for accessing that videoconference will be emailed directly to the parties. However, members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    June 26, 2020
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation