UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>　　　　　　　Defendant. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On November 3, 2020, Supervisee Franklin Nunez submitted a letter to the Court, requesting that his "in-patient substance abuse requirement be suspended for a period of 90 days, and then reassessed in 90 days in light of the COVID-19 disease." (Doc. No. 88 at 1.) Both the government and the U.S. Probation Office have opposed that request and proposed that the Court hold a status conference to address Nunez's behavior while in residential treatment. (Doc. No. 90.) Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a status conference on December 1, 2020 at 9:00 a.m. Nunez shall submit a letter to the Court no later than November 17, 2020, stating whether he would like for the conference to occur in person or whether, in light of the ongoing COVID-19 pandemic, he would prefer for the conference to be held remotely. If the latter, Nunez should indicate whether he has access to Skype for Business or any other videoconference platform at his treatment facility.

SO ORDERED.

Dated:　　　November 10, 2020
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　Sitting by Designation