UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>                        Defendant. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      As indicated in the Court's latest order (Doc. No. 91), a status conference in this matter is scheduled for December 1, 2020 at 9:00 a.m.  In light of defense counsel's letter indicating Defendant's preference to proceed remotely (Doc. No. 92), IT IS HEREBY ORDERED THAT the status conference will take place remotely via ZoomGov videoconference. IT IS FURTHER ORDERD THAT no later than 5:00 p.m. on Wednesday, November 25, 2020, the parties shall jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Mr. Nunez, and Mr. Nunez's supervising probation officer.  The email should provide the telephone numbers or email accounts from which each of those persons expect to join the call.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      November 13, 2020
                 New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation