```
               LAW OFFICE
                   OF
             B. ALAN SEIDLER
                580 BROADWAY                    TELEPHONE
            NEW YORK, NEW YORK 10012           (212) 334-3131
                                            SEIDLERLAW@GMAIL.COM
```

> IT IS HEREBY ORDERED THAT the violation-of-supervised-release presentment scheduled for June 27, 2022, at 11:00 a.m., is adjourned to June 30, 2022, at 10:00 a.m. The presentment shall be held in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.
>
> SO ORDERED.
> Dated: June 24, 2022        _____
>                             RICHARD J. SULLIVAN
>                             U.S.C.J., Sitting by Designation

June 24, 2022

Hon. Richard J. Sullivan
US Circuit Court Judge
US Courthouse
40 Centre Street
NY, NY 10007

   Re: USA v. Franklin Nunez, 13cr167 (RJS)

Dear Judge Sullivan;

  I have been informed that Nunez has a VOSR hearing on June 27th. Because of my schedule on that day I am requesting an adjournment of that hearing to either June 30th in the morning, July 5, 6 [any time after 2:00], 7 or 8.
  On July 27th I have an Immigration Removal Hearing in the morning, and then a suppression hearing before District Judge Stein at some time that day after 12:00, when a trial jury has been selected. On July 28th, I must move my law office.
  AUSA Christine Slavik for the Government consents to this request as does US Probation.
  Thank you.

            Respectfully,

            B. Alan Seidler

bas/ee