UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

Supervisee.

No. 13-cr-167 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the VOSR presentment in this matter, which is currently scheduled for Thursday, June 30, 2022, is adjourned.  The Court apologizes for any inconvenience caused by this adjournment and will issue an order in due course rescheduling the proceeding.

SO ORDERED.

Dated:      June 29, 2022
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation