UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>　　　　　　　　　Supervisee. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, July 27, 2022 at 2:00 p.m., at which time Supervisee will be presented on the alleged violations of supervised release included in Probation's report dated June 29, 2022. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:　　July 11, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation