UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>       Defendant. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on Wednesday, March 22, 2023 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  January 27, 2023
     New York, New York

                   _____
                   RICHARD J. SULLIVAN
                   UNITED STATES CIRCUIT JUDGE
                   Sitting by Designation