UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>       Supervisee. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The sentencing in this matter, which is scheduled for May 5, 2023 at 2:30 p.m., will take place in Courtroom 24B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  March 31, 2023
      New York, New York

                        RICHARD J. SULLIVAN
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation