UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

Supervisee.

No. 13-cr-167 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The sentencing in this matter, which is scheduled for May 5, 2023 at 2:30 p.m., will take

place in Courtroom 20C (instead of 23B) at the Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, New York, New York 10007.

SO ORDERED.

Dated:      May 2, 2023
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation