UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

Supervisee.

No. 13-cr-167 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the proceeding on May 5, 2023, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending the resolution of his VOSR proceedings.

SO ORDERED.

Dated:   May 5, 2023
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation