UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>                Supervisee. | No. 13-cr-167 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

       The sentencing in this matter, which is scheduled for June 2, 2023 at 2:00 p.m., will take place in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     May 23, 2023
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation