UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

          Supervisee.

No. 13-cr-167 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    In light of the attached stipulation, IT IS HEREBY ORDERED THAT the conditions of Supervisee's term of supervised release are modified to include a requirement that Supervisee participate in a three-month Residential Re-entry treatment program approved by the United States Probation Office, which program may include testing to determine whether Supervisee has reverted to using drugs or alcohol. The Supervisee shall contribute to the cost of services rendered based upon the Supervisee's ability to pay and the availability of third-party payments. IT IS FURTHER ORDERED THAT the Supervisee's drug treatment evaluations and reports, including the presentence investigation report, be made available to the substance use disorder treatment provider.

SO ORDERED.

Dated:    May 14, 2024
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              SITTING BY DESIGNATION

PROB 49

## Waiver of Hearing
## to Modify Conditions of Supervised Release

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF NEW YORK

P# 65715

I, Franklin Nunez, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

You will participate in a Three (3) Month Residential Re-entry treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

Witness: _____   Signed: _____
U.S. Probation Officer Specialist                Supervised Releasee

L. Faro                                          Franklin Nunez
Printed Name of Witness                          Printed name of Supervised Releasee

Date: May 13, 2024