UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FRANKLIN NUNEZ,<br><br>                    Supervisee. | No. 13-cr-167 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing previously scheduled for Tuesday, November 12, 2024, at 10:00 a.m. will now take place on Thursday, November 14, 2024, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Supervisee shall submit his sentencing submission by October 28, 2024; the government shall submit its sentencing submission by November 4, 2024.  Probation shall submit its sentencing recommendation by November 6, 2024.

SO ORDERED.

Dated:     October 1, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation