UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

FRANKLIN NUNEZ,

Supervisee.

No. 13-cr-167 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated today on the record, IT IS HEREBY ORDERED THAT the Supervisee is remanded to the custody of the U.S. Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of the conditions of his supervised release as set forth in Probation's Violation Report dated March 26, 2026.

SO ORDERED.

Dated:     April 2, 2026
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation