**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 31, 2026

**BY ECF & EMAIL**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Franklin Nunez*, 13 Cr. 167 (RJS)**

Dear Judge Sullivan:

The Government respectfully submits this letter pursuant to the Court's June 3, 2026 order (*see* ECF No. 138). After consulting with Probation and defense counsel, the Government respectfully requests an adjournment of two weeks to provide the Court with an update on the status of the supervisee's state matters, *i.e.*, by August 14, 2026. By that time, the parties expect the supervisee's pending state matters to be resolved and to be prepared to propose next steps in the above-captioned VOSR proceeding.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: ______________________
Christy Slavik
Assistant United States Attorney
(212) 637-1113

Cc: Ezra Spilke, Esq. (by ECF)
United States Probation Officer John Gomez (by email)

IT IS HEREBY ORDERED THAT the government shall submit a letter by August 14, 2026 apprising the Court of the status of Supervisee's state proceedings and proposing next steps in this matter. The Clerk of Court is respectfully directed to terminate the motion at Doc. No. 139.

SO ORDERED

Dated: July 31, 2026
New York, New York

RICHARD J. SULLIVAN,
U.S. CIRCUIT JUDGE,
Sitting by Designation