**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 14, 2026

**BY ECF & EMAIL**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Franklin Nunez*, 13 Cr. 167 (RJS)**

Dear Judge Sullivan:

The Government respectfully submits this letter pursuant to the Court's July 31, 2026 order (*see* ECF No. 140). After consulting with Probation and defense counsel, the Government respectfully requests to adjourn the date by which the parties will provide the Court with an update on the status of the supervisee's open state matters.

As the Court is aware, at the time of the March 26, 2026 Violation Report, the supervisee had multiple open state matters, which formed the basis of several specifications. While several of the supervisee's state matters have since resolved, two remain pending—those that form the basis of specifications 4, 5, 11, and 12 in the July 22, 2026 Amended Violation Report. The next scheduled appearance for those two pending matters is October 19, 2026. The parties respectfully request to provide the Court with an update upon the earlier of resolution of the pending state matters or October 23, 2026.

IT IS HEREBY ORDERED THAT the government shall submit a letter upon the earlier of the resolution of the pending state matters or October 23, 2026 apprising the Court of the status of Supervisee's state proceedings and proposing next steps in this matter. The Clerk of Court is respectfully directed to terminate the motion at Doc. No. 141.

SO ORDERED.

Dated: Aug. 14, 2026
New York, New York

RICHARD J. SULLIVAN,
U.S. CIRCUIT JUDGE,
Sitting by Designation

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Christy Slavik
Assistant United States Attorney
(212) 637-1113

Cc: Ezra Spilke, Esq. (by ECF)
United States Probation Officer John Gomez (by email)